PROB 22
(Rev. 01/24)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*
1:12-CR-10027-WGY-4

DOCKET NUMBER *(Rec. Court)*
2:25-cr-00252-JAD-DJA-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Adolfo Castilleja<br>District of Nevada | Massachusetts | |

NAME OF SENTENCING JUDGE: Honorable William G. Young

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 7/17/2025 | 07/16/2030 |

**OFFENSE**
Count 1ss: Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine, in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1), and 21 U.S.C. § 841(b)(1)(A); Count 2ss: Money Laundering Conspiracy, in violation of 18 U.S.C. § 1956(h), 18 U.S.C. § 1956(a)(1)(A)(i), 18 U.S.C. § 1956(a)(1)(B)(i),18 U.S.C. § 1956(a)(1)(B)(ii), and 18 U.S.C. §1957; Counts 3ss-5ss: Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Castilleja currently resides in the D/NV, and does not plan on returning to the D/MA.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Massachusetts

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/18/2025                           /s/ William G. Young
Date                                 United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/22/2025                           [signature]
Effective Date                       United States District Judge

1

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Adolfo Castilleja
Case No.: **2:25-cr-00252-JAD-DJA-1**

**REQUESTING ACCEPTANCE OF JURISDICTION**

August 21, 2025

TO:   United States District Judge

On May 29, 2015, Adolfo Castilleja was sentenced in the District of Massachusetts by the Honorable Judge William G. Young to a term of 216 months imprisonment followed by five (5) years of supervised release for committing the offenses of Conspiracy to Possess with Intent to Distribute and to Distribute; Money Laundering Conspiracy; and Money Laundering (3 Counts). On July 17, 2025, Castilleja commenced his supervised release term in the District of Nevada.

Castilleja has no intention of returning to the District of Massachusetts. As such, the Probation Office recommends that the Court accept jurisdiction of the case. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Court Judge William G. Young has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for your Honor's signature.

If you should have any questions, please contact the undersigned officer at (702) 527-7266.

Respectfully submitted,

*Briana Casey*
Digitally signed by Briana Casey
Date: 2025.08.21 13:58:33 -07'00'

Briana Casey
United States Probation Officer

Approved:

*Joy Gabonia*
Digitally signed by Joy Gabonia
Date: 2025.08.21 13:46:01 -07'00'

Joy Gabonia
Supervisory United States Probation Officer